UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAYNE BELCHER ET AL.                                        CIVIL ACTION

VERSUS                                                            NO. 18-7368

SHERIFF JOSEPH P. LOPINTO, III ET AL.              SECTION "H" (2)

## ORDER

The district judge issued an order and reasons, Record Doc. No. 97, affirming my previous order, Record Doc. No. 78, on plaintiffs' motion to compel. Record Doc. No. 45. Accordingly, defendant CorrectHealth Jefferson, L.L.C. must provide responses and production of documents to plaintiffs' Interrogatory No. 5 and Request for Production No. 3 pursuant to the terms of my previous order no later than November 25, 2019.

New Orleans, Louisiana, this ___19th___ day of November, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE