MINUTE ENTRY
CURRAULT, M. J.
AUGUST 26, 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAYNE BELCHER, ET AL, | CIVIL ACTION |
| VERSUS | NO. 18-7368 |
| JOSEPH LOPINTO, III, ET AL. | SECTION "H" (2) |

**HEARING AND ORDER ON MOTION**

A video hearing was held on this date to address Plaintiffs' Motion for Sanctions. ECF Nos. 172, 182.

APPEARANCES:   John N. Adcock for Plaintiffs;
Kyle P. Kirsch for Defendant Correcthealth Jefferson, LLC and Ironshore Specialty Insurance Company;
Jacob K. Best for Defendant Jefferson Parish;
James B. Mullaly for Defendants Joseph P. Lopinto, III and Newell Normand;
Karen Anderson Ibos, Court Reporter

Plaintiffs seek sanctions against defendants for their failure to supplement discovery with documents related to the June 5, 2019 suicide of Marshall Guillot and the July 26 or 27, 2020 death of Shallen Richoux at Jefferson Parish Correctional Center ("Gretna Jail"). ECF Nos. 172, 180. Defendants opposed the motion. ECF No. 176.

Considering the record, the written and oral arguments of counsel for the parties, and the applicable law, and for the reasons stated on the record at the conclusion of the hearing,

IT IS ORDERED that the Motion for Sanctions (ECF Nos. 172, 180) is DENIED.

IT IS FURTHER ORDERED that, on or before September 9, 2020, Defendants shall produce documents to Plaintiffs the same type of documents and information relating to Marshall

Guillot and any other suicide occurring at the facility up through December 18, 2019, as was previously produced relating to Jatory Evans and Jerome Bell.

IT IS FURTHER ORDERED that Defendants are not required to produce any documents relating to non-suicide deaths at the facility.

New Orleans, Louisiana, this 26th day of August, 2020.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:32

2